DAVID A. FITHIAN, Respondent, v. GEORGE S. WHEELER, as Executor, etc., et al., Appellants.

SAME v. SAME.

JOHN O'BRIEN, Respondent, v. PATRICK HARDEN, Appellant.

JOHN H. MARTENHOFF, Respondent, v. GEORGE W. BIRD et al., Appellants.

MICHAEL H. HAGGERTY, Respondent, v. GEORGE S. WHEELER, as Executor, etc., Appellant.

HUGH D. KELLY, Respondent, v. GEORGE S. WHEELER et al., Appellants.

ADAM LAMB, Respondent, v. JOHN CAHILL, Appellant.

ADAM LAMB, Respondent, v. JOHN McCAMPHILL, Appellant.

ADAM LAMB, Respondent, v. JOHN BOEHM, Appellant.

IRA O. MILLER, Respondent, v. NANCY B. WHEELER, Impleaded, etc., Appellant.

IRA O. MILLER, Respondent, v. NANCY B. WHEELER, Impleaded, etc., Appellant.

IRA O. MILLER, Respondent, v. NANCY B. WHEELER, Impleaded, etc., Appellant.

IRA O. MILLER, Respondent, v. NANCY B. WHEELER, Impleaded, etc., Appellant.

IRA O. MILLER, Respondent, v. NANCY B. WHEELER, Impleaded, etc., Appellant.

IRA O. MILLER, Respondent, v. NANCY B. WHEELER, Impleaded, etc., Appellant.

HARRY WALLERSTEIN, Respondent, v. JOHN BOHANNA et al., Appellants.

(Submitted December 3, 1890; decided December 16, 1890.)

APPEALS from judgments of the General Term of the City Court of Brooklyn, entered upon orders made January 28, 1889, which affirmed judgments in favor of the plaintiffs entered upon decisions of the court on trial at Special Term.

These were actions of ejectment to recover certain lands in the city of Brooklyn to which plaintiffs claimed title through sales for taxes under chapter 114 of the Laws of 1883.

The following is an extract from the *mem.* of opinion :

" The questions involved are the constitutionality of the above statute and the validity of the sales thereunder. These questions have been determined in this court in recent cases adverse to the defendants. (*Terrel* v. *Wheeler*, 123 N. Y. 76 ; *Lamb* v. *Connolly* and *Lamb* v. *Lancy*, 122 id. 531.)

" The judgment in all the cases should, therefore, be affirmed."

*A. H. & W. E. Osborn* for appellants.

*John T. Barnard* for respondents.

O'BRIEN, J., reads for affirmance.
All concur.
Judgments affirmed.